AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

United States of America )
v. )
) Case No: CR499-00001-002
Derrell Gaulden )
) USM No: 09984-021
Date of Previous Judgment: July 21, 1999 ) William Cox
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 38          Amended Offense Level: 36
Criminal History Category: II       Criminal History Category: II
Previous Guideline Range: 262 to 327 months   Amended Guideline Range: 210 to 262 months
plus 60 months                              plus 60 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
The Court has considered the factors set forth at 18 U.S.C. § 3553(a). These factors were considered by the Court at sentencing and, based on many aggravating factors, the Court sentenced the defendant to the top end of the guideline range. The defendant's motion is denied based on the substantial quantity of crack cocaine involved in this case as well as the danger the defendant presents to the community as evidenced by the repeated acts of violence and threatened violence committed by the defendant and his brother.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9-9-2008

_____
Judge's signature

B. Avant Edenfield
Effective Date: United States District Judge
For the Southern District of Georgia
(if different from order date)          Printed name and title