IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| vs. | * | CR 499-001-2 |
| DERRELL GAULDEN | * | |

## O R D E R

On September 8, 2015, this Court denied Defendant relief under 18 U.S.C. § 3582(c)(2) based upon Amendment 752 to the United States Sentencing Guidelines. The Court explained its reasoning in the Order, concluding that the original sentence is the appropriate societal response to the circumstances of Defendant's case and that a reduction in sentence is not warranted.

Presently, Defendant has filed a motion for reconsideration, explaining that he "a changed man." Upon review, the Court's conclusion is unchanged. Accordingly, the motion for reconsideration (doc. no. 419) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE